# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHARLES A. DAVIS,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:06CV77

IN REM: ALLEGED LIEN AND/OR
LEVY FILER [ALLEGED SIGNATURE
"C. SHERWOOD"],

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2007, Order.

                                                                Signed: March 30, 2007

                                                                Frank G. Johns, Clerk
                                                                United States District Court